**Original filed 10/19/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BOYD, | ) | No. C 06-4936 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| LESLIE PARROT, | ) | |
| Respondent. | ) | |

    Plaintiff, proceeding pro se, filed a motion for leave to proceed in forma pauperis on August 15, 2006. On that same day the Court sent a notification to Plaintiff that he did not attach a complaint or petition to his pleadings. The Court notified Plaintiff to file a complaint or petition within thirty days or the instant case would be dismissed without prejudice. The Court also notified Plaintiff that his in forma pauperis motion was incomplete because he failed to submit the correct form and accompanying certificate of funds from his prisoner account and trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days.

1 | On September 12, 2006, Plaintiff filed an incomplete in forma pauperis application
2 | because he did not include a certificate of funds from his prisoner account and trust
3 | account statement showing transactions for the prior six months. As of the date of this
4 | order, Plaintiff has not filed a completed in forma pauperis application or a petition in the
5 | instant habeas corpus action.
6 | Accordingly, this case is DISMISSED without prejudice for failure to pay the
7 | filing fee or file a completed in forma pauperis application and failure to file a petition in
8 | this case. Plaintiff's incomplete motions to proceed in forma pauperis (docket nos. 2, 4)
9 | are DENIED. No filing fee is due. The Clerk shall terminate all pending motions and
10 | close the file.
11 | IT IS SO ORDERED.
12 | DATED: 10/19/06
13 | JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Boyd936dis            2

A copy of this order was mailed to the following:

James Boyd
226451
Red Onion State Prison
P.O. Box 1900
Pound, VA  24279

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Boyd936dis                          3